Hillsborough,
 Dec. 7, 1909.

## BOUCHER *v.* THIBEAU.

ASSUMPSIT, for board, lodging, and money paid. Trial by jury and verdict for the plaintiff. Transferred from the September term, 1908, of the superior court by *Plummer,* J.

The plaintiff claimed that the defendant, who is his mother, lived in his family under an express promise to pay for the items charged in the specification. The defendant denied making any promise, either expressly or by implication. The defendant excepted to testimony as to the pecuniary ability of the parties and the situation and family of the plaintiff at the time he claimed the promise was made, and also to evidence of her declarations that she had been forced to make a will in favor of Mrs. Teishman, her daughter, and that if she could come to live with the plaintiff she would break the will and leave him all her property. Mrs. Teishman was a witness at the trial. The defendant also excepted to a statement by the plaintiff's counsel in opening and argument, to the effect that Mrs. Teishman was the real defendant.

*Mederic Guilbault* and *Taggart, Tuttle, Burroughs & Wyman,* for the plaintiff.

*Burnham, Brown, Jones & Warren,* for the defendant.

PARSONS, C. J. The evidence was competent. The argument was justified by the evidence.

*Exceptions overruled.*

All concurred.